```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000499
Cashier ID: brobinso
Transaction Date: 09/20/2007
Payer Name: BALCH AND BINGHAM
------------------------------------
CIVIL FILING FEE
 For: BALCH AND BINGHAM
 Case/Party: D-ALM-2-07-CV-000847-001
 Amount:      $350.00
------------------------------------
CHECK
 Check/Money Order Num: 23042
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

BUCK CREEK V. JOHNNY WALKER ET AL
```