**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| BUCK CREEK, INC., <br><br>    Plaintiff, <br><br>vs. <br><br>JOHNNY WALKER and JOHNNY WALKER HOSPITALITY GROUP, <br><br>    Defendants. | ) <br>) <br>) <br>) <br>)   CIVIL ACTION NO. 2:07-cv-00847 <br>) <br>) <br>) <br>) <br>) |

**ANSWER**

Johnny Walker and Johnny Walker Hospitality Group respond to the Complaint filed in this action as follows:

**Responses to Allegations**

Each numbered response below corresponds to the same numbered paragraph in the Complaint:

1.    Defendants admit paragraph one.

2.    Defendants admit paragraph two.

3.    Defendants admit that John D. Walker, a/k/a Johnny Walker, is the sole shareholder of Alabama Inns, Inc. Defendants deny that Johnny Walker owns Johnny Walker Hospitality Group, which is merely a trade name so that there is no entity in which to have ownership. Defendants deny that Johnny Walker and Johnny Walker Hospitality Group are alter egos of Alabama Inns, Inc. or that they used Alabama Inns, Inc. for their benefit, except to the extent that any shareholder properly uses a corporation as permitted by law. Defendants deny the remaining allegations of paragraph 3.

4.    Defendants deny paragraph four.

185953.1

Defendants deny that plaintiff is entitled to any recovery against them.

## Additional Defenses

### First Defense

Defendants deny each and every material allegation of the Complaint not specifically admitted and demand strict proof thereof.

### Second Defense

Plaintiff has failed to state a claim upon which relief can be granted.

### Third Defense

Plaintiff's claim against Johnny Walker Hospitality Group fails to state a claim upon which relief can be granted because Johnny Walker Hospitality Group is merely a trade name and is not an entity subject to suit.

### Fourth Defense

Defendants reserve the right to assert additional defenses to the extent warranted by discovery and the factual developments in this case.

Respectfully submitted this 25th day of September, 2007.

s/ G. Lane Knight
G. Lane Knight (ASB-6748-I72K)
One of the Attorneys for Johnny Walker and Johnny Walker Hospitality Group
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: (334) 269-3124
Telefax: (334) 269-3115
lknight@balch.com

W. Joseph McCorkle, Jr. (ASB-3914-065W)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: (334) 269-3134
Telefax: (334) 269-3115
jmccorkle@balch.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell Lee Irby
P. O. Box 910
Eufaula, Alabama 36072-0910

                                  s/G. Lane Knight
                                  G. Lane Knight (ASB-6748-I72K)
                                  One of the Attorneys for Defendants Johnny Walker
                                  and Johnny Walker Hospitality Group
                                  BALCH & BINGHAM LLP
                                  105 Tallapoosa Street, Suite 200
                                  Montgomery, Alabama 36104
                                  Telephone:  (334) 834-6500
                                  Telefax:  (334) 269-3115
                                  lknight@balch.com