UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUCK CREEK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07-cv-00847 |
| ) | |
| JOHNNY WALKER and ) | |
| JOHNNY WALKER HOSPITALITY ) | |
| GROUP, ) | |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

Johnny Walker ("Walker"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Walker Relationship to Entity |
|---|---|
| N.B.H., Inc. | President and Shareholder |
| MC Inns, Inc. | President and Shareholder |
| Johnny Walker Tours, Inc. | President and Shareholder |
| Alabama Inns, Inc. | President and Shareholder |
| SMG, Inc. | President and Shareholder |
| FT Inns, Inc. | President and Shareholder |
| TXH, Inc. | President and Shareholder |
| AH Inns, Inc. | President and Shareholder |
| Lodgings, Inc. | President and Shareholder |
| WGH Corp. | President and Shareholder |
| Daphne Inn, LLC | member |

"Johnny Walker Tours" and "Johnny Walker Hospitality Group" are trade names used by Johnny Walker. Johnny Walker Hospitality Group has been named as a defendant in this action.

186366.1

Since Johnny Walker Hospitality Group is a trade name, and not an actually entity, it cannot make conflict disclosure statement.

Upon information and belief, no other unnamed corporations, partnerships, limited liability entities, joint ventures, trust entities, or other entities are related to Walker and subject to disclosure under the provisions of the Middle District of Alabama's General Order No. 3047.

Respectfully submitted this 8th day of October, 2007.

>/s/ G. Lane Knight
> G. Lane Knight (ASB-6748-172K)
> One of the Attorneys for Johnny Walker and
> Johnny Walker Hospitality Group
> BALCH & BINGHAM LLP
> 105 Tallapoosa Street, Suite 200
> Montgomery, Alabama 36104
> Telephone: (334) 269-3124
> Fax: (334) 269-3115
> lknight@balch.com

W. Joseph McCorkle, Jr. (ASB-3914-065W)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: (334) 269-3134
Telefax: (334) 269-3115
jmccorkle@balch.com

186366.1

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was filed electronically through the CM/ECF system and that a true and correct copy has been furnished electronically on this 8th day of October, 2007, to:

    Russell Lee Irby
    P.O. Box 910
    Eufaula, Alabama 36072-0910

                                 /s/ G. Lane Knight
                                 G. Lane Knight (ASB-6748-172K)
                                 One of the Attorneys for Johnny Walker and
                                 Johnny Walker Hospitality Group
                                 BALCH & BINGHAM LLP
                                 105 Tallapoosa Street, Suite 200
                                 Montgomery, Alabama 36104
                                 Telephone: (334) 269-3124
                                 Fax: (334) 269-3115
                                 lknight@balch.com

186366.1