IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BUCK CREEK, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO.: 2:07-cv-847-MEF |
| | * | |
| JOHNNY WALKER, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

## CONFLICT DISCLOSURE STATEMENT

Buck Creek, Inc., the plaintiff in the above styled action, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**Buck Creek, Inc.**            There is no such reportable corporation

Upon information and belief, no other unnamed corporations, partnerships, limited liability entities, joint ventures, trust entities, or other entities are related to Buck Creek, Inc. and subject to disclosure under the provisions of the Middle District of Alabama's General Order No. 3047.

Respectfully submitted,

/s/  **Russell Lee Irby**
Russell Lee Irby
Attorney for Plaintiff
Post Office Box 910
Eufaula, AL 36072-0910

OF COUNSEL:
Irby Law Firm, LLC
P.O. Box 910
Eufaula, AL 36072

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BUCK CREEK, INC., | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CIVIL ACTION NO.: 2:07-cv-847-MEF |
| | * | |
| JOHNNY WALKER, et al., | * | |
| | * | |
| DEFENDANTS. | * | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 9, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

G. Lane Knight, Esq.
W. Joseph McCorkle, Jr., Esq
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104


                                                 /s/ **Russell Lee Irby**
                                               Russell Lee Irby

OF COUNSEL:
Irby Law Firm, LLC
P.O. Box 910
Eufaula, AL 36072