IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUCK CREEK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-847-MEF |
| | ) |
| JOHNNY WALKER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #7) filed on October 9, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before October 30, 2007. The plaintiff may file a reply brief on or before November 6, 2007.

DONE this the 16th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE