UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BUCK CREEK, INC.,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL ACTION NO. 2:07-cv-00847 |
| **JOHNNY WALKER and JOHNNY WALKER HOSPITALITY GROUP,** | ) |
| **Defendants.** | ) |

## RULE 26(F) REPORT OF THE PARTIES

Buck Creek, Inc. ("**Buck Creek**" or "**Plaintiff**") and Johnny Walker and Johnny Walker Hospitality Group (together, "**Walker**" or "**Defendants**") respectfully submit the following report pursuant to Rule 26(f):

1. **Rule 26(f) Meeting**. Pursuant to *Fed. R. Civ. P.* 26(f), a meeting was held telephonically on October 25, 2007 and was attended by:

   Russell Lee Irby for Plaintiff.

   G. Lane Knight for Defendants.[1]

2. **Pre-Discovery Disclosures**. The parties agree that the requirements of Rule 26(a) will be held in abeyance pending the Court's ruling on the Plaintiff's Motion to Remand. If the Motion to Remand is denied, then the parties will exchange the information required by *Fed. R. Civ. P.* 26 (a)(1)(A) on or before **ten (10) days after** entry of an **order denying the Motion to Remand**.

---

[1] G. Lane Knight and W. Joseph McCorkle, Jr. are the only counsel of record for the defendants at this time. In the event that this litigation progresses, Robert C. Goodrich and Madison L. Martin of Stites & Harbison PLLC, Nashville, Tennessee, will seek admission *pro hac vice* to assist in the representation of the Defendants.

186935.1

3. **Discovery Plan**. In the event that this case is not remanded to state court, the parties jointly propose the following discovery plan:

4. Discovery will be needed on the sole issue of whether the Defendants are the alter ego of Alabama Inns, Inc., a corporation of which Walker is an officer.

5. The parties agree that any production of electronically stored information will be in hardcopy paper or CD/DVD disc format.

6. The parties will submit an agreed protective order regarding claims of privilege or of protection as trial-preparation material asserted after production.

7. The parties have agreed that initial disclosures shall not be required of the parties under Rule 26(a)(1)(B), (C) or (D), and that the parties shall have **60 days** to respond to initial document requests and **30 days** to respond to any subsequent document requests.

8. The parties agree that there should be no initial limitation on the number of depositions and that the number of interrogatories should be increased from 25 to 50.

9. The parties do not believe that any phased discovery is necessary.

10. The parties have agreed that initial expert disclosures pursuant to Rule 26(a)(2) shall be made by **March 31, 2008** and that any disclosures of rebuttal or opposition opinions shall be made by **April 14, 2008**.

11. The parties have agreed that all discovery in this case should be concluded by **May 5, 2008**.

12. The parties have agreed that any motions for summary judgment will be filed on or before **May 12, 2008**, with opposing briefs to be filed before **June 2, 2008**, and reply briefs to be filed by **June 16, 2008**.

13.     The parties have agreed that pretrial disclosures under Rule 26(a)(3) will be due by **September 1, 2008**, with a proposed trial date during the **Civil Term beginning September 29, 2008**.

14.     The parties have discussed the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case.

Respectfully submitted this 26th day of October 2007.

/s/Russell Lee Irby (with consent)
Russell Lee Irby (IRB001)
IRBY LAW FIRM, LLC
P.O. Box 910
Eufaula, AL 36072
334-687-6672
Fax: 334-687-6671
irbylawfirm@bellsouth.net
*Counsel for Plaintiff*

/s/G. Lane Knight
W. Joseph McCorkle, Jr. (ASB-3914-065W)
G. Lane Knight (ASB-6748-172K)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: (334) 269-3124
Fax: (334) 269-3115
lknight@balch.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically through the CM/ECF system and that a true and correct copy has been furnished electronically on this 26th day of October, 2007, to:

Russell Lee Irby
P.O. Box 910
Eufaula, Alabama 36072-0910
irbylawfirm@bellsouth.net

/s/ G. Lane Knight
G. Lane Knight (ASB-6748-172K)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: (334) 269-3124
Fax: (334) 269-3115
lknight@balch.com