UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BUCK CREEK, INC., | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07-cv-00847 |
| JOHNNY WALKER and JOHNNY WALKER HOSPITALITY GROUP, | ) ) ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties to the above-captioned case (the "Civil Action"), Buck Creek, Inc. ("**Buck Creek**" or "**Plaintiff**") and defendants Johnny Walker and Johnny Walker Hospitality Group (together, "**Walker**" or "**Defendants**"), by and through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Civil Action is hereby dismissed with prejudice.

Respectfully submitted this 21st day of December, 2007.

_/s/ Lan Knight_
G. Lane Knight (ASB-6748-172K)
W. Joseph McCorkle Jr. (ASB-3914-065W)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: (334) 269-3124
Fax: (334) 269-3115
lknight@balch.com
jmccorkle@balch.com
*One of the Attorneys for Johnny Walker and Johnny Walker Hospitality Group*

_/s/ Russell Lee Irby_
Russell Lee Irby
P.O. Box 910
Eufaula, Alabama 36072-0910
Telephone: (334) 687-6672
irbylawfirm@bellsouth.net
*Attorneys for Buck Creek, Inc.*